**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter  **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Nirogy Therapeutics, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FKA  Nirogyone Therapeutics, Inc. |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 46-4200706 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 175 Crossing Blvd.<br>Framingham, MA 01702<br>*Number, Street, City, State & ZIP Code* | 13 Stoddard Street<br>Upton, MA 01568<br>*P.O. Box, Number, Street, City, State & ZIP Code* |
| Middlesex<br>*County* | **Location of principal assets, if different from principal place of business**<br><br>*Number, Street, City, State & ZIP Code* |

**5. Debtor's website** (URL)    www.nirogytx.com

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Nirogy Therapeutics, Inc.**      Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Nirogy Therapeutics, Inc.**  Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
　Contact name _____
　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page 3

Debtor  **Nirogy Therapeutics, Inc.**_____    Case number (*if known*)_____
    Name

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Nirogy Therapeutics, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 18, 2023**
MM / DD / YYYY

**X  /s/ Gregory W. Mann**                                              **Gregory W. Mann**
Signature of authorized representative of debtor                         Printed name

Title   **Acting CFO**

---

**18. Signature of attorney**

**X  /s/ Donald R. Lassman**                                            Date  **September 18, 2023**
Signature of attorney for debtor                                                MM / DD / YYYY

**Donald R. Lassman 545959**
Printed name

**Law Office of Donald R. Lassman**
Firm name

**P. O. Box 920385**
**Needham, MA 02492**
Number, Street, City, State & ZIP Code

Contact phone   **781-455-8400**         Email address   **Don@LassmanLaw.com**

**545959 MA**
Bar number and State

---

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 5

# United States Bankruptcy Court
## District of Massachusetts

In re: **Nirogy Therapeutics, Inc.**
Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Acting CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 18, 2023**

**/s/ Gregory W. Mann**
**Gregory W. Mann**/**Acting CFO**
Signer/Title

Absorption Systems California, LLC
436 Creramery Way, Suite 600
Exton, PA 19341-2556

Airgas USA, LLC
6055 Rockside Woods Blvd.
Independence, OH 44131

Alert Scientific, Inc.
469 School Street
East Hartford, CT 06108

Altasciences Preclinical Seattle, LLC
C-0646
6605 Merrukk Creek Parkway
Everett, WA 98203

Aramark
2680 Oalumbo Drive
Lexington, KY 40509

Arent Fox
Attn: J. Mark Fisher, Esq.
The Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199

Ascendia Pharmaceuticals
611 U.S. Highway One, Suite B
North Brunswick, NJ 08902

ATCC
POB 76349
Baltimore, MD 21275

Atlas Antibodies
Voltavagen 13A
Bromma Stockholm Ian SE-16869
SWEDEN

Attentive Science
17745 Metcalf Avenue
Building 4
Stilwell, KS 66085

Bio Legned
POB 102100
CA 91889-2100

BioDura
11011 Torryana Road
Suite 100
San Diego, CA 92121

Boston Heart Diagnostics Corporation
175 Crossing Blvd
Suite 100
Framingham, MA 01702

Burns Levinson
attn: William Sopp, Esq
125 High Street
Boston, MA 02110

Caine & Weiner
338 Harris Hill Road
#206
Buffalo, NY 14221

Call Andy
1 Village Lane
Wayland, MA 01778

CAS
2540 Olentangy River Road
Columbus, OH 43202

Champions Oncology
307 University Plaza Drive
Hackensack, NJ 07601

Dannemann Siemann
Av. Rodolph Amoedo, 300
Barra da Tijuca, 22620-350
Rio de Janeiro/RJ
BRASIL

De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

Document Technologies Inc.
47 Manning Road
Billerica, MA 01821

Genesee Scientific
900 Verno Way
Sutie 101
El Cajon, CA 92020

Gowling WLG (Canada) LLP
2600-160 Elgin Street
OTTAWA, ONTARIO  K1P 1C3
CANADA

IDBS, Inc.
285 Summer Street
Boston, MA 02210

```
Intrinsik Corp
6605 Hurantio Street
Suite 500
Mississuaga ONTARIO L5T 0A3
CANADA

J A Kemp LLP
80 Turnmill Street
London EC1M 5QU
ENGLAND

Latham Biopharm Group, Inc.
6810 Deerpath Road
Suite 405
Elkridge, MD 21075

Life Technologies Corporation
12088 Collections Center Drive
Chicago, IL 60693

Look Biopharam Consulting
2576 Amethyst Drive
Santa Clara, CA 95051

Mass Bio
700 Technology Square
5th Floor
Cambridge, MA 02139

Metz Research LLC
Attn: James T. Metz, President
422 Cross Road
Gurnee, IL 60031

Middlesex Gases and Technology
POB 490249
Everett, MA 02149

Miltenyi Biotec Inc
Dept # 33955
POB 883955
Los Angeles, CA 90080-3955

Mintz Levin
44 Montgomery Street
36th Floor
San Francisco, CA 94104

Mirick O'Connell LLP
Attn: Joseph Baldiga, Esq
1800 West Park Drive, Suite 400
Westborough, MA 01581-3926
```

Modas Systems, c/o Cielo LLC
POB 227094
Dallas, TX 75222-7094

Paychex
200 Foxboro Blvd Ste 400
Foxboro, MA 02035

Pharmaron (US)
404 Wyman Street
Suite 405
Waltham, MA 02451

Piramal Pharma LTD
Sarkhej-Bawla NH #8 Village Matoda
Taluka Sanand
Ahmedabad, Gujarat 382213
INDIA

Plantwerks Inc.
102 Bridge Street
Salisbury, MA 01952

Promega Corporation
POB 689768
Chicago, IL 60695-9768

Qiagen LLC
19300 Germantown Road
Germantown, MD 20874

Ronald DePinho
11 Shadder Way
Houston, TX 77019

Sante Health Ventures III Parallel A
201 West 5th Street, Suite 1500
Austin, TX 78701

Sante Health Ventures III, LP
201 West 5th Street
Suite 1500
Austin, TX 78701

Sante Ventures LLC
201 W 5th Street
Suite 1500
Austin, TX 78701

SBH Sciences Inc
Four Strathmore Road
Natick, MA 01760

```
Seiwa Patent & Law
10F Toranomon Hills Mori Tower
1-23-1 Toranomon, Minato-ku
Tokyo 105-6310
JAPAN

Seran BioScience
63040 Lower Meados Drive
Suite 110
Bend, OR 97701

Sigma-Aldrich Inc.
POB 535182
Atlanta, GA 30353-5182

Solvo Biotechnology Inc.
H-6724 Szeged, Szilank koz 3
HUNGARY

Sporos BioVentures
3139 West Holcombe Boulevard
Houston, TX 77025

Spruson & Ferguson
Level 24, Tower 2 Darling Park
201 Sussex Street
Sydney NSW, 2000
AUSTRALIA

STA Pharmaceutical Hong Kong Limited
Unit C, 20/F,Office Plus@Mong Kok No. 99
Canton Road
Kowloon, Hong Kong
HONG KONG

Stemcell Technologies Inc.
6425 South 216 Street
Building F
Kent, WA 98032

Sterling Construction Inc.
85 Swanson Road
Suite 150
Boxborough, MA 01719

Syner-G BioPharma Group LLC
2 Park Centeral Drive
Suite 110
Southborough, MA 01772

Syner-G Pharma Consulting LLC
2 Park Central Drive
Southborough, MA 01772
```

Thermo Fisher Scientfic
Ultralag Fee Zone, Building #3
Lagunilla, Heredia
COSTA RICA

Thermo Fisher Scientific
168 Third Avenue
Waltham, MA 02451

Thomas Scientfic LLC
POB 546750
Pittsburgh, PA 15253

Timothy Cook
30 Clove Hitch Lane
Santa Rosa Beach, FL 32459

Toxicology Solutions Inc
10531 4S Commons Drive
#594

Triumvirate Environmental Inc.
Department 106091
POB 150502
Hartford, CT 06115-0502

Venture Forward LLC
27 Park Avenue
Framingham, MA 01701

Veolia ES Technical Solutions LLC
POB 73709
Chicago, IL 60673

Vincent Sandanayaka
10 Laurel Avenue
Northborough, MA 01532

Von Seidels
4 East Park
Central Park on Park Lane
Dentruy City (Cape Town), 7441
SOUTH AFRICA

WuXi Apptech
Unit C,20/F,Office Plus@Mong Kok,No. 998
Canton Road
Kowloon, Hong Kong
HONG KONG

XeonBiotech Laboratories
107 Morgan Lane
Plainsboro, NJ 08536

```
Xu and Partners, LLC
Room No. 106, Building No. 1
Univ. High-Tech Plaza,958 Zhen Bei Rd.
Shangai 200333
CHINA
```

# United States Bankruptcy Court
### District of Massachusetts

In re  **Nirogy Therapeutics, Inc.**  
Debtor(s)

Case No.  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Nirogy Therapeutics, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 18, 2023**  
Date

**/s/ Donald R. Lassman**  
**Donald R. Lassman 545959**  
Signature of Attorney or Litigant  
Counsel for **Nirogy Therapeutics, Inc.**  
**Law Office of Donald R. Lassman**  
**P. O. Box 920385**  
**Needham, MA 02492**  
**781-455-8400 Fax:781-455-8402**  
**Don@LassmanLaw.com**